FAGEN FRIEDMAN & FULFROST, LLP
Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
David Mishook, SBN 273555
dmishook@fagenfriedman.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT and GARY YEE

Sheila L. Brogna, J.D.
Patricia Siehl, J.D.
SF CHILDRENS LAW
440 Hoffman Avenue
San Francisco, CA 94014
415-317-2508 FAX: 415-751-7093
sheilabrogna@sbcglobal.net

Attorneys for Petitioner, Roslyn Rucker and R.R., a minor



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| R.R., by and through his parent ROSLYN RUCKER,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; and GARY YEE, Individually and in his Capacity as Superintendent of the Oakland Unified School District,<br><br>Defendants. | CASE NO. 4:13-cv-5069 (KAW)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (Civ. L.R. 6-2)**<br><br>*Filed Concurrently with Declaration of David R. Mishook*<br><br>The Hon. Kandis A. Westmore<br><br>Trial Date:          None Set |

1. On December 12, 2013, Plaintiffs Filed their Motion/Request for Preliminary Injunction to Enforce "Stay-Put" Provisions with this Court ("Stay-Put Motion"), DKT#26;

2. Plaintiffs noticed their Stay-Put Motion to be heard on January 16, 2014, concurrently with Defendants' Rule 12 Motion to Dismiss;

3. Pursuant to Civil Local Rule 7-3, the time for the filing of Defendants' Opposition

to the Stay-Put Motion was December 26, 2013 and the time for the filing of Plaintiffs' Reply is January 2, 2014;

4. On December 31, 2013, Defendants' counsel learned that he had mis-calendared the date for the filing of Defendants' Opposition with this Court for January 2, 2014;

5. Upon learning of this mistake, Defendants' counsel contacted counsel for Plaintiffs to seek a stipulated request for an order changing time pursuant to Civil Local Rule 6-2;

6. Plaintiffs' counsel graciously agreed with Defendants' request for a stipulation;

7. Neither party believes Plaintiffs to be prejudiced by this request for an order changing time;

8. The parties desire to have their respective motions considered by this Court on January 16, 2014, as previously calendared;

9. The parties, further, believe that any order changing time will still allow the Court sufficient opportunity to consider the Plaintiffs' moving papers, Defendants' opposition and Plaintiffs' reply.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST AN ORDER OF THE COURT THAT:

1. The time for filing of the Defendants' Opposition to Plaintiffs' Stay-Put Motion will be December 31, 2013; and

2. The time for the filing of Plaintiffs' Reply in support of the Stay-Put Motion will be January 6, 2014.

DATED: December 31, 2013        FAGEN FRIEDMAN & FULFROST, LLP

                                By:    /s/ David Mishook
                                David Mishook
                                Attorneys for OAKLAND UNIFIED SCHOOL
                                DISTRICT and GARY YEE

DATED: December 31, 2013        SF CHILDREN'S LAW

                                By:    /s/ Sheila Brogna
                                Sheila Brogna
                                Attorneys for R.R. and Roslyn Rucker

00319-00181/540032.1