1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R. R., et al.,

              Plaintiffs,

      v.

OAKLAND UNIFIED SCHOOL
DISTRICT,

            Defendant.

Case No.  13-cv-05069-KAW

ORDER RE CHAMBERS COPIES

Dkt. Nos. 63 & 64

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' Second Amended Complaint and Exhibits was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐    consists of a stack of loose paper wrapped with a rubber band;

☐    consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒    has no tabs for the exhibits;

☐    includes exhibits that are illegible;

☐    includes exhibits that are unreadable because the print is too small;

☐    includes text and/or footnotes in a font smaller than 12 point;

☐    includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒    is not usable for another reason – All exhibits are separately stapled rather than being attached to the complaint by either a single staple or a brad-type fastener.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

The paper used for the above-described chambers copy has been recycled by the court.  No later than July 16, 2014, Plaintiffs shall submit a chambers copy in a format that is usable by the court.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2