1   FAGEN FRIEDMAN & FULFROST, LLP
    Lenore Silverman, SBN 146112
2   lsilverman@f3law.com
    David Mishook, SBN 273555
3   dmishook@f3law.com
    70 Washington Street, Suite 205
4   Oakland, California 94607
    Phone: 510-550-8200
5   Fax: 510-550-8211

6   Attorneys for OAKLAND UNIFIED SCHOOL
    DISTRICT
7
    Sheila L. Brogna, J.D.
8   Patricia Siehl, J.D.
    SF CHILDREN'S LAW
9   440 Hoffman Avenue
    San Francisco, CA 94014
10  415-317-2508 FAX: 415-751-7093
    sheilabrogna@sbcglobal.net
11
    Attorneys for Petitioner, Roslyn Rucker
12  and R.R., a minor.

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15

16  R.R., by and with his parent ROSLYN          CASE NO. 4:13-cv-5069 (KAW)
    RUCKER,
17                                               **STIPULATED REQUEST AND**
                 Plaintiffs,                     **PROPOSED ORDER TO SHORTEN**
18                                               **TIME**
                 vs.
19                                               The Hon. Kandis A. Westmore
    OAKLAND UNIFIED SCHOOL DISTRICT,
20                                               Trial Date:          None Set
                 Defendant.
21

22

23          Plaintiffs R.R. and Roslyn Rucker ("Plaintiffs") and Defendant Oakland Unified School

24  District ("District") hereby submit this stipulation and proposed order to shorten time, seeking to

25  shorten time on the hearing on the District's motion to modify preliminary injunction enforcing

26  stay put (DKT #61) to August 7, 2014, at 11:00 a.m.:

27          WHEREAS, the District filed its motion to modify preliminary injunction enforcing stay

28  put on July 3, 2014;

*Sidebar (left margin):* **Fagen Friedman & Fulfrost, LLP** — 70 Washington Street, Suite 205 — Oakland, California 94607 — Main: 510-550-8200 • Fax: 510-550-8211

1  WHEREAS, the District originally noticed the hearing on its motion to take place on

2  August 7, 2014, at 11:00 a.m. before this Court;

3  WHEREAS, on July 9, 2014, the Court issued an Order (DKT #65) noting that Defendant

4  had set its hearing within 35 days of its noticed motion (Civil L.R. 7-3(c)) and resetting the

5  hearing date for August 21, 2014;

6  WHEREAS, counsel for the Plaintiffs is unavailable on the date of the new hearing; and

7  WHEREAS, the Court has informed the parties that they may file a stipulation and order to

8  shorten time to have the prior hearing date reinstated;

9  IT IS STIPULATED THAT time will be shortened pursuant to Civil Local Rule 6-1 so the

10  District's motion will be heard on August 7, 2014, at 11:00 a.m.  Plaintiffs' opposition will be

11  filed by July 23rd and Defendant's reply will be filed by July 31, 2014.

12  DATED:  July 16, 2014                    FAGEN FRIEDMAN & FULFROST, LLP

13

14                                          By: _____/s/ David Mishook_____

15                                          David Mishook
                                           Attorneys for OAKLAND UNIFIED SCHOOL
16                                          DISTRICT

17  DATED:  July 16, 2014                    S.F. CHILDREN'S LAW

18

19                                          By: _____/s/ Sheila Brogna_____

20                                          Sheila Brogna
                                           Attorneys for R.R. and Roslyn Rucker

21

22  PURSUANT TO STIPULATION, IT IS ORDERED THAT the hearing on Defendant's

23  motion to modify preliminary injunction enforcing stay put shall be on August 7, 2014, at 11:00

24  a.m.  Plaintiffs' opposition will be filed by July 23rd and Defendant's reply will be filed by July

25  31, 2014.

26  Dated: July 18, 2014                    _____Kandis Westmore_____
                                           Hon. Kandis A. Westmore

27  00319-00181/630397.1

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211