FAGEN FRIEDMAN & FULFROST, LLP
Lenore Silverman, SBN 146112
lsilverman@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| R.R., by and with his parent ROSLYN RUCKER,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 4:13-cv-5069 (KAW)<br><br>**STIPULATED REQUEST TO DISMISS PURSUANT TO FRCP RULE 41**<br><br>The Hon. Kandis A. Westmore<br><br>Trial Date:  None Set |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement between the parties, Plaintiff R.R. and Defendant Oakland Unified School District ("OUSD") hereby stipulate as follows:

WHEREAS the parties engaged in a Judicial Settlement Conference before the Hon. Maria-Elena James and entered into a Settlement Agreement on November 4, 2014, subject to approval by OUSD's Governing Board and the fulfillment of certain conditions subsequent;

WHEREAS OUSD's Governing Board approved the settlement on December 10, 2014;

WHEREAS the conditions subsequent to the Settlement Agreement occurred on or about March 4, 2015;

WHEREAS OUSD started its performance under the Settlement Agreement on or about April 23, 2015;

WHEREAS the Settlement Agreement requires Plaintiff to dismiss his action in this Court with prejudice;

THE PARTIES STIPULATE that the instant action be dismissed **with prejudice**.

DATED: June 19, 2015                FAGEN FRIEDMAN & FULFROST, LLP


By: /s/ David R. Mishook
David R. Mishook
Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT

DATED: June 19, 2015                S.F. CHILDREN'S LAW


By: /s/ Sheila Brogna
Sheila Brogna
Attorneys for R.R.


PURSUANT TO STIPULATION IT IS ORDERED THAT this matter be dismissed WITH PREJUDICE.

DATED: June 22, 2015

*Kandis Westmore*
Hon. Kandis A. Westmore

00319-00181/784434.1